UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

GREGORY BUNCE, individually and as
Personal Representative of the Estate of
Peter D. Bunce, and EVELYN BUNCE,   Civil Action No. 2:22-CV-199
        Plaintiffs,

V.

REBECCA POST and
POST INSURANCE & FINANCIAL, INC.,
        Defendants.

## CERTIFICATION OF SERVICE

I hereby certify that on April 6, 2023, I served Defendant Rebecca Post's Initial Disclosure upon all counsel of record by e-mailing a copy of same to the following counsel of record:

Mark V. Franco, Esq.
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101
mfranco@dwmlaw.com

Susan J. Flynn, Esq.
Clark, Werner & Flynn, P.C.
192 College St.
Burlington, VT 05401
susanflynn@cwf-pc.com

Date: April 6, 2023        AFFOLTER GANNON
        Counsel for Defendant Rebecca Post

        /s/ Sara Moran, Esq.
        Sara Moran, Esq.

cc:    Mark V. Franco, Esq.
        Susan J. Flynn, Esq.