UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| GREGORY BUNCE, individually and as Personal Representative of the Estate of Peter D. Bunce, also known as Estate of Peter D. Bunce, and EVELYN BUNCE, <br>    Plaintiffs, <br><br>v. <br><br>REBECCA POST and POST INSURANCE & FINANCIAL, INC., <br>    Defendants. | Civil Action No. 2:22-cv-0199-cr |

**NOTICE OF LAW FIRM CHANGE BY DEFENDANT POST INSURANCE & FINANCIAL, INC.'S COUNSEL**

As of June 1, 2023, Susan J. Flynn will be practicing with the firm of Flynn Messina Law Group, PLC, and will continue to represent Defendant Post Insurance & Financial, Inc.  (Clark, Werner & Flynn, P.C. will no longer be representing Defendant Post Insurance & Financial, Inc., beginning June 1, 2023.)

Counsel's new contact information is:

Susan J. Flynn, Esq.
Flynn Messina Law Group, PLC
192 College Street
Burlington, VT 05401
sflynn@flynnmessinalaw.com
802-865-0088


DATED at Burlington, Vermont, this 8th day of June 2023.


By:  _____/s/ Susan Flynn_____
Susan J. Flynn, Esq.
sflynn@flynnmessinalaw.com